Tshambe T. BLAKE, Plaintiff–
Appellant,

v.

Joseph LEHMAN; et al., Defendants–
Appellees.

No. 02–35097.

D.C. No. CV–01–05119–FDB.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 12, 2002.*

Decided Aug. 19, 2002.

Before SCHROEDER, Chief Judge,
TASHIMA and RAWLINSON, Circuit
Judges.

MEMORANDUM**

Tshambe T. Blake, a Washington state
prisoner, appeals pro se the district court's

---

* This panel unanimously finds this case suit-
  able for decision without oral argument.
  Fed. R.App. P. 34(a)(2).

* Because the panel unanimously finds this case
  suitable for decision without oral argument,

Blake's request for oral argument is denied.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
  cation and may not be cited to or by the
  courts of this circuit except as may be provid-
  ed by Ninth Circuit Rule 36–3.

summary judgment in favor of defendants in his 42 U.S.C. § 1983 action challenging prison regulations that restrict his ability to receive catalogs containing sexually explicit depictions. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Frost v. Symington,* 197 F.3d 348, 353 (9th Cir.1999), and we affirm.

The district court properly granted summary judgment on Blake's First Amendment claim because Blake failed to raise a genuine issue of material fact as to whether the prison regulations were rationally related to legitimate penological objectives. *See Mauro v. Arpaio,* 188 F.3d 1054, 1060 (9th Cir.1999) (en banc).

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.